1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT
9                        FOR THE EASTERN DISTRICT OF CALIFORNIA
10   ARMANDO FELIZ,
11            Petitioner,                    No. 2:11-cv-0855 JFM (HC)
12       vs.
13   SWARTHOUT, Warden,
14            Respondent.                    ORDER
15   _____/
16            Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of
17   habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma
18   pauperis affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).
19   Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of
20   a request to proceed in forma pauperis or submit the appropriate filing fee.
21            In accordance with the above, IT IS HEREBY ORDERED that:
22            1. Petitioner shall submit, within thirty days from the date of this order, an
23   affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;
24   petitioner's failure to comply with this order will result in the dismissal of this action; and
25   /////
26   /////

                                                    1

       2.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: April 4, 2011.

/s/ John F. Moulds
UNITED STATES MAGISTRATE JUDGE

/mp014;feli0855.101a