1
2
3
4
5
6
7
8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ARMANDO FELIZ,

11            Petitioner,            No. 2:11-cv-0855 JFM (HC)

12      vs.

13   SWARTHOUT, Warden,

14            Respondent.            FINDINGS AND RECOMMENDATIONS

15   _____/

16            By an order filed April 5, 2011, plaintiff was ordered to file an in forma pauperis

17   affidavit or pay the appropriate filing fee within thirty days and was cautioned that failure to do

18   so would result in a recommendation that this action be dismissed.  The thirty day period has

19   now expired, and plaintiff has not responded to the court's order and has not filed an in forma

20   pauperis affidavit or paid the appropriate filing fee.

21            Accordingly, IT IS HEREBY ORDERED that a district judge be assigned to this

22   case; and

23            IT IS HEREBY RECOMMENDED that this action be dismissed without

24   prejudice.

25            These findings and recommendations are submitted to the United States District

26   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen

1

1   days after being served with these findings and recommendations, plaintiff may file written

2   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

3   Findings and Recommendations."  Any response to the objections shall be filed and served

4   within fourteen days after service of the objections.  Plaintiff is advised that failure to file

5   objections within the specified time may waive the right to appeal the District Court's order.

6   Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

7   DATED: July 28, 2011.

8

9                                    _____

10                                   UNITED STATES MAGISTRATE JUDGE

11  /feli0855.fifp

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2